IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01254-CMA-BNB

RANDALL REESE,

Plaintiff,

v.

LEAR SIEGLER SERVICES, INC., a Delaware corporation,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate Settlement Conference** [docket no. 17, filed November 12, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for November 19, 2008, is **VACATED**, to be reset upon the request of the parties.


DATED: November 13, 2008