IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01254-CMA-BNB

RANDALL REESE,

    Plaintiff,

v.

LEAR SIEGLER SERVICES, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Unopposed Motion to Dismiss With Prejudice (Doc. # 19). The Court having considered the motion, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees.

DATED: January __15__, 2009

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge